**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6241**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LAUREN ANTHONY WATSON, JR.,

Petitioner - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge. (CR-97-262, CA-98-4125-7)

———————

Submitted:  April 27, 2000          Decided:  May 3, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Lauren Anthony Watson, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lauren Anthony Watson, Jr., seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999) and his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Watson, Nos. CR-97-262; CA-98-4125-7 (D.S.C. Jan. 3 & Feb. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2